1  MAURICE CHENIER
   3700 Wilshire Boulevard, Suite 655
2  Los Angeles, California 90010
   213-384-2800 telephone
3  213-384-8022 fax

4  Attorney at Law and
   ATTORNEY FOR THE
5  PLAINTIFF RW INVESTMENT
   COMPANY, INC., a California Corporation,
6  ROBERT WILSON, an individual;
7  RONALD WILSON. an individual

8
9
10              UNITED STATES DISTRICT COURT
11             CENTRAL DISTRICT OF CALIFORNIA
12                   Los Angeles Division
13

14  RW INVESTMENT COMPANY, INC., a ) **CASE NO. CV09-02139 DSF (PLAx)**
15  California Corporation, ROBERT WILSON, ) NOTICE OF VOLUNTARY
    an individual; RONALD WILSON. an       ) DISMISSAL  BY PLAINTIFF'S
16  individual                             )
                                           ) DATE: October 22, 2009
17              Plaintiff,                 ) TIME: 10:00am
                                           ) PLACE: Courtroom 840
18      vs.                                )        Roybal Federal Building
19                                         )
    INDYMAC BANK; INDYMAC FEDERAL )
20  BANK, INDYMAC FEDERAL BANK FSB; )
    INDYMAC BANK FSB; FEDERAL              )
21  DEPOSIT INSURANCE CORPORATION )
    (FDIC) AS RECEIVER FOR INDYMAC )
22  BANK FSB; BRUCE ADAMS; DANNY           )
23  WAYNE PRYOR, GRACE SOUEIDAN; )
    DAVID BOGGS; ONEWEST BANK, FSB )
24  and DOES 1 through 10, Inclusive,      )
                Defendants.                )
25                                         )
26  _____)
27
28  **NOTICE OF VOLUNTARY DISMISSAL**

1
2   **NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41 (a),**
3
4   **Plaintiff's RW INVESTMENT COMPANY, INC., a California Corporation,**
5   **ROBERT WILSON, an individual; and RONALD WILSON an individual,**
6
7   **voluntarily dismiss the above-captioned action as to all defendant's without**
8   **prejudice.**
9
10
11  **October 22, 2009**
12
13  _[signature]_
14  **Maurice L. Chenier**
15  **Attorney for Plaintiff**
16
17
18
19
20
21
22
23
24
25
26
27
28  NOTICE OF VOLUNTARY DISMISSAL                                      - 2 -